# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>　　　　Plaintiff,<br>　　vs.<br>R. SAILOR, et al.,<br><br>　　　　Defendants. | Case No. CV 08-6419-DDP (DTB)<br><br>**J U D G M E N T** |

　　　IT IS HEREBY ADJUDGED that defendants Gregory, Hansen, and Hendricks are dismissed from this action, without prejudice; plaintiff's Second Cause of Action is dismissed without leave to amend; and plaintiff's Third, Seventh, Eleventh, and Twelfth Causes of Action are dismissed without prejudice.

DATED: August 31, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE