O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>    Plaintiff,<br> vs.<br>R. SAILOR, et al.,<br><br>    Defendants. | Case No. CV 08-6419-DDP (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

///
///
///
///
///

1  IT THEREFORE IS ORDERED that defendants Sailor and Priest's Motion for
2  Judgment on the Pleadings is granted without leave to amend and that Judgment be
3  entered dismissing this action as follows: (a) As to plaintiff's federal civil rights claim
4  with prejudice and (b) as to plaintiff's state law claims without prejudice to plaintiff
5  raising such claims in state court.

7  DATED: 5-13-2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE