JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES, | Case No. CV 08-6419-DDP (DTB) |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| R. SAILOR, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment be entered dismissing this action as follows: (a) As to plaintiff's federal civil rights claim with prejudice and (b) as to plaintiff's state law claims without prejudice to plaintiff raising such claims in state court.

DATED:  5-13-2013

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

1